1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

**United States District Court**
For the Northern District of California

11   IN RE BEXTRA AND CELEBREX                   No. MDL 05-01699 CRB
     MARKETING, SALES PRACTICES AND
12   PRODUCT LIABILITY LITIGATION,               **ORDER RE: MOTION TO**
                                                 **WITHDRAW AS COUNSEL**
13   _____/

14   *This document relates to:*

15   REBECCA L. GALVAN, individually and as
     Trustee and Representative of the Estate of
16   Margaret L. Hunger, Deceased,
     05-4585 CRB
17   _____/

18

19         Now pending for decision is the motion of Zimmerman Reed P.L.L.P. to withdraw as

20   counsel for plaintiff in the above matter.

21         After carefully considering the motion and counsel's reason for seeking withdrawal,

22   the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) the motion of

23   Zimmerman Reed P.L.L.P. to withdraw as counsel of record should not be granted; and (2)

24   plaintiff's lawsuit should not be dismissed for a lack of prosecution.  See Fed. R. Civ. P. 41.

25   If plaintiff wishes to contest the withdrawal of counsel and/or dismissal of plaintiff's lawsuit

26   for failure to prosecute, plaintiff shall notify the Court **in writing** on or before **September 5,**

27   **2008** of the reasons the withdrawal should not be granted or the case dismissed.  In

28   particular, if plaintiff wishes to proceed with this action, plaintiff shall advise the Court of

1 the name and address of plaintiff's new counsel or, if plaintiff will be proceeding without a

2 lawyer, plaintiff  must advise the Court of how the Court should contact plaintiff.  In

3 addition, plaintiff shall advise the Court as to whether plaintiff has completed and served

4 defendants with a plaintiff fact sheet and provided defendants with authorizations for the

5 release of medical records.  Plaintiff is warned that plaintiff's failure to communicate with

6 the Court in writing as set forth above may result in dismissal of plaintiff's claims with

7 prejudice.

8          Plaintiff's counsel shall ensure that plaintiff receives a timely copy of this Order.

9          **IT IS SO ORDERED.**

10

Dated: August 11, 2008

11                                                                CHARLES  R. BREYER
                                                                 UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\showcauseorders\zimmerman05-4585.1.wpd