IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING CASE FOR A FAILURE TO PROSECUTE** |

*This document relates to:*

REBECCA L. GALVAN, individually and as Trustee and Representative of the Estate of Margaret L. Hunger, Deceased,
05-4585 CRB
_____/

By Order filed August 11, 2008, the Court ordered plaintiff to show cause by September 5, 2008 as to why (1) counsel's motion to withdraw should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution.  See Fed. R. Civ. P. 41. As of the date of this Order, plaintiff has not responded to the Order To Show Cause and has not otherwise communicated with the Court.  Accordingly, counsel's motion to withdraw is GRANTED and plaintiff's claims are dismissed with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 1, 2008

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\zimmerman05-4585.1.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\dismissalorders\zimmerman05-4585.1.wpd